| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO, CSBN 44332<br>    United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>    Assistant United States Attorney<br>3  Chief, Civil Division<br>    ILA C. DEISS, NY SBN 3052909<br>4  Assistant United States Attorney | *E-FILED 12/10/08* |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12  PABLO ECHAVARRIA,                    )
                                         )  No. C 08-5253 RS
13                 Plaintiff,            )
                                         )
14         v.                            )  **STIPULATION TO DISMISS; AND**
                                         )  **[PROPOSED] ORDER**
15  ROSEMARY MELVILLE, District Director,)
    in her Official Capacity, District Director, )
16  Citizenship and Immigration Services, United )
    States Department of Homeland Security,      )
17  San Francisco, California, et al.,           )
                                         )
18                 Defendants.            )
                                         )
19

20      Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  action without prejudice in light of the fact that the United States Citizenship and Immigration

23  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

24  within 14 days of the dismissal of this action.

25  ///

26  ///

27  ///

28

Stipulation to Dismiss
C08-5253 RS                                1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: December 8, 2008  Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS
Assistant United States Attorney

7 | Attorneys for Defendants

8

9

10 | Date: December 4, 2008  _____/s/_____
PHUONG KIM NGUYEN
Attorney for Plaintiff

11

12

13

14 | **ORDER**

15 | Pursuant to stipulation, IT IS SO ORDERED.

16

17 | Date: 12/10/08

18 | _____
RICHARD SEEBORG
United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C08-5253 RS                                    2